# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JAMES LEROY THOMAS,

               Petitioner

           v.

HON. SHAWN D. MEYERS,

               Respondent

: No. 157 MM 2020
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.